# United States District Court
## Southern District of Georgia

LASHAWN S. RUSHING,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV316-006
CR313-007

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 17, 2017, the Magistrate Judge's Report and Recommendation is ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DENIED, judgment is hereby ENTERED in favor of the Respondent, and this civil action stands CLOSED.



April 17, 2017
*Date*

Scott L. Poff
*Clerk*

(By) *Deputy Clerk*